# RECOMMENDATION TERMINATING SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**FILED**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

SEP 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) vs. ) ) David Wayne EDMOND ) ) | Docket Number: 2:10CR00308-01 |

## LEGAL HISTORY:

On January 7, 2000, the above-named was sentenced to 120 months custody in the Bureau of Prisons to be followed by Supervised Release for a period of 5 years, which commenced on July 16, 2007. Special conditions included: Warrantless search; Participation in cognitive/life skills training; Drug/alcohol correctional treatment and testing; and Financial disclosure and restrictions.

## SUMMARY OF COMPLIANCE:

Mr. Edmond has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Edmond has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   David Wayne EDMOND
      Docket Number: 2:10CR00308-01
      RECOMMENDATION TERMINATING
      SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated:   August 26, 2010
         Elk Grove, California
         KMM/cj

REVIEWED BY:    /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

cc:   AUSA - To be assigned (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:10CR00308-01 |
| ) | |
| David Wayne EDMOND ) | |

On July 16, 2007, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated: August 26, 2010
Elk Grove, California
KMM/cj

REVIEWED BY: /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:   David Wayne EDMOND**
      **Docket Number:  2:10CR00308-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_____9/27/10_____      _____
**Date**                        **EDWARD J. GARCIA**
                                **Senior United States District Judge**

KMM/cj

Attachment: Recommendation

cc:  United States Attorney's Office